# TABLE OF CONTENTS

| Article | Title | Page |
|---|---|---|
| | Preamble | 1 |
| Article 1 | Definitions | 1 |
| Article 2 | Exclusive Recognition | 2 |
| Article 3 | Territory and Types of Work | 2 |
| Article 4 | Technological Advances | 4 |
| Article 5 | Union Security | 4 |
| Article 6 | International Union | 6 |
| Article 7 | Maintenance of Contract Integrity | 16 |
| Article 8 | Competing Business | 18 |
| Article 9 | Prevailing Wage | 21 |
| Article 10 | Change of Applicable Laws | 22 |
| Article 11 | Settlement | 23 |
| Article 12 | Wage Scale | 24 |
| Article 13 | Crew Make-Up | 27 |
| Article 14 | Hours of Labor | 28 |
| Article 15 | Work Week | 30 |
| Article 16 | Holidays | 31 |
| Article 17 | Overtime | 31 |
| Article 18 | Minimum Pay | 34 |
| Article 19 | Informing the Employer | 35 |
| Article 20 | Payday | 35 |
| Article 21 | Travel Outside the Territory | 35 |
| Article 22 | Travel Within the Territory | 41 |
| Article 23 | Picketing Provision | 43 |
| Article 24 | Members of Firms as Workers | 44 |
| Article 25 | Use of Automobile | 44 |

# AGREEMENT

## Preamble

This Agreement, made and entered into as of the 1st day of March, 2006, by and between _____ being hereinafter referred to as "Employer", and the United Union of Roofers, Waterproofers and Allied Workers, Local Union No. 2, A.F.L.-C.I.O., a labor organization, being hereinafter designated as the "Union".

Witnesseth, that the parties have agreed, covenanted and contracted as follows:

## ARTICLE 1
## Definitions

Wherever the term "Employer" is used herein, the same shall be deemed to mean and refer to the various persons, firms and corporations, who as Employers, are signatory to this Agreement. Wherever the term "Union" is used herein, the same shall be deemed to mean and refer to the United Union of Roofers,

1

Waterproofers and Allied Workers, Local Union No. 2, A.F.L.-C.I.O., except where by its usage it is clear that only the International is intended. Wherever the term "Employee" is used herein, the same shall be deemed to mean and refer to Employees having job classifications of, or performing labor as, Foremen, Journeymen, Kettlemen, Apprentices and Pre-apprentices, as defined in Article 3, Article 11, Article 42 and Article 43, respectively.

## ARTICLE 2
## Exclusive Recognition

The Employer agrees to and does hereby recognize the Union as the sole and exclusive bargaining agent of all of its Employees performing the types of work hereinafter set forth and described in Article 3 hereof.

## ARTICLE 3
## Territory and Types of Work

The territory covered by this Agreement shall consist of the territory of the following cities and counties in the State of Missouri, to-wit: City of St. Louis, County of St. Louis, Crawford County, Franklin County, Gasconade County, Jefferson County, Lincoln County, Marion County, Monroe County, Montgomery County, Pike County, Ralls County, St. Charles County, St. Francois County, Ste. Genevieve County, Shelby County, Warren County, and Washington County. In addition, the territory covered by this Agreement shall consist of the following counties in the State of Illinois, to-wit: Bond County, Calhoun County, Clinton County, Greene County, Jersey County, Southern Half of Macoupin County, Madison County, Monroe County, Southern Half of Pike County, Randolph County, St. Clair County, and Washington County.

The work jurisdiction covered by this Agreement shall include, but not be limited to, the following work processes and types of materials:

Steep roofers shall include in their work jurisdiction the following work processes and types of materials including but not limited to:

- ❖ All slate where used for roofing of any size, shape or color, including flat or promenade slate, with necessary metal flashing to make water-tight.
- ❖ All tile where used for roofing of any size, shape or color, and in any manner laid

including flat or promenade tile, with necessary metal flashing to make water-tight.

❖ All asbestos shingles where used for roofing of any size, shape or color, and in any manner, laid with necessary metal flashing to make water-tight.

❖ All cementing in, on or around the said slate or tile roof.

❖ All laying of felt, paper, membranes, ice and water shields, vapor barriers or similar underlayments on sloped roof structures.

❖ All forms of composite insulations having nailable surfaces (e.g. plywood, press board, chipboard, drywall or other laminates) bonded to the insulation wherever such composite insulations are used as an integral thermal insulating component of the roofing system.

❖ All dressing, punching and cutting of all roof slate or tile.

❖ All operation of slate cutting or punching machinery.

❖ All substitute material taking the place of slate or tile, such as asbestos slate or tile, cement or composition or Spanish tile, composition or wood shingles, or shakes, metal shingles and tile, or other substitute

materials used on steep roofs.

❖ All removal of slate or tile roofing as defined above when a roof is to be reapplied in their place.

❖ All solar or photovoltaic cell-type shingles used to transform solar energy to electrical energy.

❖ All removal of roofing including but not limited to the materials defined above when a roof is to be replaced. Composition roofers shall include in their work jurisdiction the following work processes and types of materials including but not limited to:

❖ All organic or inorganic felts and fabrics that comprise the reinforcing membrane of built-up roofing and waterproofing systems.

❖ All waterproofing using bituminous products whether structures are above or below grade.

❖ All forms of plastic, slate, slag, gravel, or rock roofing, including all types of aggregates, blocks, bricks, stones or pavers used to ballast or protect built-up roofing systems or protect Inverted Roof Membrane Assembly (IRMA) roofs, or roofs of similar construction where the insulation is laid over the roof membrane.

- All kinds of asphalt and composition roofing and waterproofing.
- All base flashings, curb flashings, and counterflashings of bituminous composition used to roof or waterproof intersections of horizontal surfaces.
- All components of composition roofing systems used to seal the roof, including but not limited to compression seals, termination bars, lath, roof cement and the reinforcements, caulking and sealants.
- All kinds of coal tar pitch and coal tar bitumen roofing and waterproofing.
- All cleaning, preparing, priming and sealing of roof decks and surfaces that receive roofing, dampproofing and/or water proofing.
- All epoxy materials used for roofing and waterproofing.
- All rock asphalt and composition roofing.
- All rock asphalt mastic when used for damp and waterproofing.
- All prepared paper roofing.
- All laying of felt, paper, membrane, ice and water shields, vapor barriers or similar underlayments.
- All mineral surfaced roofing, including 90lb., and SIS, whether nailed, mopped

with bitumen, or applied with mastic or adhesive.
- All compressed paper, chemically prepared paper, and burlap when used for roofing, or damp and waterproofing purposes, with or without coating.
- All substrates used on the roof deck for fireproofing or any materials used as a support or nailing surface for the roofing system over the deck.
- All damp resisting preparations when applied with a mop, brush, roller, swab, trowel, or spray system inside or outside of any structure.
- All damp course, sheeting or coating on all foundation work.
- All tarred floors.
- All wood block floors that are set in and/or coated with bituminous products.
- All waterproofing of shower pans and/or stalls.
- All laying of tile, wood block or brick, when laid in pitch, tar, asphalt mastic, marmolite, or any form of bituminous products.
- All lining and/or waterproofing or reservoirs, holding ponds, waste treatment structures, landfills, fountains, planter boxes and

similar structures regardless of the material being used.

- All forms of insulation used as a part of or in connection with roofing, waterproofing or dampproofing, including but not limited to for thermal and/or acoustical purposes.
- All forms of composite insulations having nailable surfaces (e.g. plywood, press board, chipboard, drywall, or other laminates) bonded to the insulation wherever such composite insulations are used as an integral thermal insulating component of the roofing system.
- All forms of protection boards, walkway pads and roof treads used in composition roofing or waterproofing to protect the membrane from damage.
- All types of coatings, toppings and finishes used on the roof surfaces.
- All components of "living roof" systems, including but not limited to membranes, insulations, filters, fleece, vegetation blankets, plantings and soils.
- All solar or photovoltaic cell-type structures that are used as substitutes for ballast or membrane protection.
- All solar or photovoltaic cell-type roof membranes used to transform solar energy to electrical energy.

Composition roofers shall also include in their work jurisdiction the following work processes and types of materials including but not limited to:

(1) All forms of elastometric and/or plastic (elasto-plastic) roofing systems, both sheet and liquid applied, whether single-ply or multi-ply. These shall include but not be limited to:

a) PVC (Polyvinyl chloride systems)
b) Butyl Rubber
c) EPDM (ethylene propylene diene monomer)
d) PIB (polyisobutylene)
e) CPE (chlorinated polyethylene)
f) CSPE (chlorosulfonated polyethylene)
g) Modified bitumens
h) Neoprene
i) NBP (Nitrile Alloy)
j) EIP (Ethylene Interpolymers)
k) TPO (Thermoplastic Polyolefins)

(2) All base flashings, curb flashings and counterflashings of elastoplastic composition as outlined above used to roof or waterproof intersections of horizontal surfaces. All components of elasto-plastic roofing systems used to seal the roof, including but not limited to, compression seals, termination bars, caulking, and sealants.

(3) All insulations applied with the above systems, whether laid dry, mechanically fastened, or attached with adhesives.

(4) All forms of composite insulations having nailable surfaces (e.g. plywood, press board, chipboard, drywall, or other laminates) bonded to the insulation wherever such composite insulations are used as an integral thermal insulating component of the roofing system.

(5) All types of aggregates, blocks, bricks, stones, pavers or units of photovoltaic cell construction used to ballast or protect these elasto-plastic systems.

(6) All types of aggregates, blocks, bricks, stones, pavers or units of photovoltaic cell construction used to ballast or protect Inverted Roof Membrane Assembly (IRMA) roofs, or roofs of similar construction where the insulation is laid over the roof membrane.

(7) All sealing and caulking of seams and joints on these elasto-plastic systems to ensure water-tightness.

(8) All liquid-type elasto-plastic preparations for roofing, damp or waterproofing when applied with a squeegie, trowel, roller or spray equipment, whether applied inside or outside of a building.

(9) All sheet-type elasto-plastic systems, whether single or multi-ply for waterproofing either inside or outside of any structure.

(10) All cleaning, preparing, priming and sealing of surfaces to be roofed, dampproofed or waterproofed, whether done by roller, mop, swab, three-knot brush, squeegie, spray systems or any other means of application.

(11) All types of pre-formed panels used in waterproofing (Volclay, etc.).

(12) All applications of protection boards to prevent damage to the dampproofing or waterproofing membrane by other crafts or during backfilling operations.

(13) All handling of roofing, damp and waterproofing materials.

(14) All hoisting and all storing of roofing, damp and waterproofing materials.

(15) All types of spray-in-place foams such as urethane, polyurethane, or polyisocyanurate, the machinery and equipment used to apply them, and the coatings that are applied over them.

(16) All types of resaturants, coatings, mastics and toppings when used for roof maintenance and repairs.

(17) All wrapping and/or coating of underground piping with bitumastic enamel or cold process, polykin tape, tapecoat, or other asphaltic coatings or tapes and the preparation of surface by sand blasting or wire brushing.

(18) All operation of jeeper or holiday detectors.

(19) All materials laminated to roofing and/or insulation systems.

(20) All substrates used on the roof deck for fireproofing or any materials used as a support or nailing surface for the roofing systems.

All tear-off and/or removal of any type of roofing, all spudding, sweeping, vacuuming and/or cleanup of any and all areas of any type where a roof is to be relaid, or any materials and operation of equipment such as kettles, pumps, tankers, or any heating devices that are used on roofing or waterproofing systems coming under the scope of jurisdiction as outlined in Article 3.

All substitutions, improvements, changes, modifications and/or alternatives to the jurisdiction or materials set out in this or any other Article.

All other materials, equipment and/or applications necessary or appropriate to complete, perform or apply the processes and/or materials in this Article.

Wherever the above types of work are mentioned or referred to, the unit deemed and recognized as appropriate for purposes of collective bargaining, and as to which the Union has been and is recognized as the sole and exclusive bargaining representative, shall be and consist of all workmen performing any or all of the foregoing types of work.

# ARTICLE 4
## Technological Advances

Notwithstanding anything to the contrary herein, the Union expressly recognizes the Employer's right to introduce and utilize all new application methods, tools, equipment, and other devices applicable to the handling of the material and the application of the work set out herein.

# ARTICLE 5
## Union Security

It is understood and agreed by and between the parties hereto that, as a condition of continued employment, all persons who are hereafter employed by the Employer, in the unit which is the subject of this Agreement shall become members of the Union not later than the eighth day following the beginning of their employment or the execution date of this Agreement, whichever is later; that the continued employment by the Employer in said unit of persons who are already members in good standing of the Union shall be conditioned upon those continuing their payments of the periodic dues of the Union; and that the continued employment of persons who were in the employ of the Employer

prior to the date of this Agreement and who are not members of the Union, shall be conditioned upon their becoming members of the Union not later than the eighth day following the execution date of this Agreement.

The failure of any person to become a member of the Union at such required times shall obligate the Employer, upon written notice from the Union to such effect and to the further effect that Union membership was available to such persons on the same terms and conditions generally available to other members, to forthwith discharge such person. Further, the failure of any person to maintain his Union membership in good standing as required herein shall, upon written notice to the Employer by the Union to such effect, obligate the Employer to discharge such person.

Where an Employer hires an Employee, the Employer shall, within twenty four (24) hours of hiring, notify the Union of such hiring and require that the Employee report to the Union Hall within eight (8) days of hiring to make application for membership. Any Employer who fails to report the hiring of a new employee shall pay a fine of Five Hundred Dollars ($500.00) per employee, which fine shall be paid to the Apprentice Fund and the Union in equal shares.

## ARTICLE 6
## International Union

The United Union of Roofers, Waterproofers & Allied Workers, the parent body of the Union herein (hereinafter referred to as the "International"), is not a party to this Agreement and assumes no responsibility or liability under this Agreement and, consequently, shall have no right of redress hereunder against the Employers for the breach hereof.

The International's approval of the form and substance of this Agreement shall not be construed to make the International, or any of its officers or agents, responsible or liable for any breach of this Agreement. Similarly, such approval of form and substance shall not be construed to give the International, or any of its officers or agents, any right of redress against said Employer for breach hereof.

## ARTICLE 7
## Maintenance of Contract Integrity

All Employers, prior to performing work covered by this Agreement within the jurisdiction of Local No. 2, as set forth in Article 3, must be signatory to this Agreement.

Roofers Local Union No. 2 agrees that if, during the term of this Agreement, it enters into any collective bargaining agreement with any other Employer involving any of the work covered by this Agreement, or if any government court decision, order or regulation, or arbitrator's award, results in a collective bargaining agreement providing for the lower wages, longer hours, or for any terms and conditions more favorable to a Signatory Employer than those described in this Agreement, any Employer who is party to this Agreement shall immediately have the benefit of such provision, order, regulation, award, or decision and the more favorable terms of such provision, order, regulation, award, or decision shall automatically and immediately become part of this Agreement and be in full force and effect, as if set forth in full in this Agreement, superseding any less favorable provisions of this Agreement. Further, during the term of this Agreement, the Union shall upon request promptly provide the Employer with copies of all collective bargaining agreements it enters into with other Employers involving the application of roofing materials, governmental orders or regulations, court decisions, or arbitrator's awards so that the Employer may compare such agreements, orders, regulations, decisions, and awards with

this Agreement to determine whether they are, in fact, more favorable than the terms of this Agreement.

This Article shall not apply to those jobs which have been approved by the Joint Adjustment Board pursuant to Article 33.

## ARTICLE 8
## Competing Business

Union and Employer agree that the operation of a Competing Business (as defined herein) by members or persons represented by Local Union No. 2 does compete with the Employers who are party to a collective bargaining agreement with the Union which contains the prevailing wages, fringe benefits, terms and conditions of employment set forth in this Agreement (an "Area Standards Agreement") and that Employees of Employer and members of Local No. 2 who work for contractors for wages, fringes, or other terms and conditions of employment below Area Standards, take work away from Employer and other contractors party to this Agreement. The loss of such work decreases the number of hours for which the Employer and other Area Standards Contractors contribute to the Health and Welfare Fund, National Roofing Industry Pension Plan, Roofers Supplemental Pension Fund, Apprentice Fund, and the Industry Advancement Fund as set forth in this Agreement. Such loss of hours and contributions seriously harms those funds and the Employees of Employers covered by this Agreement, and otherwise undermines the integrity of this Agreement. It is agreed that drastic steps are necessary to put a stop to those activities which Employer and Union agree undermine this Area Standards Agreement. Any Employee or member of Local No. 2 operating a Competing Business or performing any work covered by this Agreement at less than Area Standards including prevailing wage and fringe benefits or knowing of an Employer not paying prevailing wage or not paying fringe benefits or otherwise working below Area Standards shall be subject to the following:

1. Immediate discipline, up to and including discharge by the Employer, without recourse to the grievance and arbitration procedure.

2. Upon the recommendation of the Joint Adjustment Board, any members of Local No. 2 who are brought before the Joint Adjustment Board and are found to be in violation of this Agreement shall be referred to Local No. 2's Executive Board for proper disposition of charges.

3. Any Employee operating a Competing Business shall be required to pay those people employed by, or assisting him, during the operation of the Competing Business, the prevailing Area Standard to include the appropriate Journeyman wage and any fringe benefits including contributions to all funds. Each job performed by a Competing Business shall constitute a separate violation.

4. As used herein, the phrase "Operation of a Competing Business" shall mean the direct or indirect operation of, or ownership of an interest in, any enterprise that engages in work described in Article 3 of this Agreement by an Employee employed by Employer or by another Employer party to an Area Standards Agreement or by a member of the Union, whether by himself or through a person, persons, or entities subject to that individual's control. The term "enterprise" includes by way of example, and not for purposes of limitation, corporations, partnerships, joint ventures, trusts and sole proprietorships.

# ARTICLE 9
# Prevailing Wage

Any Employer signatory to this Agreement, who after being notified by the Union, fails to pay Area Standards, including the appropriate straight time, overtime, or premium rate and any benefits to any of his Employees who perform work covered by this Agreement, upon being found guilty by the Joint Adjustment Board, shall pay for each job occurrence the amount which may be set forth by the Joint Adjustment Board, and payable to the Joint Adjustment Board. In addition, in the case where the Employer works his Employees without paying the correct straight time, overtime, or premium rate and any benefits, the Employer shall also pay the appropriate rate and any benefits to his Employees, retroactively to the date when said failure commenced, but only for those hours worked below Area Standards as defined in this Agreement.

# ARTICLE 10
## Change of Applicable Laws

If, during the term of this Agreement, the provisions of the Labor-Management Relations Act of 1947 are amended, repealed or judicially declared unconstitutional or invalid in such manner as to permit what is known as the "closed shop", or any other form of union security which is more advantageous to the Union than that currently permitted and authorized by the above mentioned Act, then, in any of said events, either party hereto shall have the right, by serving via registered mail, written notice of such desire and intention upon the other party, to reopen this Agreement during its term for the purpose of renegotiating Article 5 hereof; by the term "renegotiating" as used in this Article it is meant the amendment, repeal and supplementation of said Article 5. Upon receipt of such written notice, the party being served therewith shall, as soon as possible, meet, confer and bargain with the other party for the purpose of renegotiating Article 5, provided however, that in no event shall meeting, conferences and bargaining commence later than ten (10) days after the receipt of such written notice. In the event such renegotiation meeting, conferences and bargaining have not been concluded in a manner mutually agreeable to all parties hereto, and the Agreement thereon for a "closed shop" or other form of union security have not been reduced to a written form, within thirty (30) days after receipt of the aforesaid written notice, then nothing in this Agreement shall be construed as prohibiting the Employer from locking out the Employees or the Union and Employees from ceasing work and going on strike, and to this extent and in this situation, the "no-strike/no lockout" provisions contained in this Agreement shall be deemed to be inapplicable. Nothing in this Article shall be construed as permitting any party hereto to reopen this Agreement during its term for the purpose of renegotiating any of the provisions of this Agreement other than Article 5 hereof.

# ARTICLE 11
## Kettlemen

1. When any Employee acts as a Kettleman, he shall receive his regular hourly scale as set forth in Article 12 (1) of this Agreement, however no one under an 80% Apprentice shall be allowed to operate a Kettle.

2. All Employees, at their own expense, shall obtain the necessary documentation required by all Federal, State and Local authorities prior to operating Company motor vehicles.

3. All Kettlemen must have an assigned Employer's licensed vehicle on the project at all times or shall be paid Journeyman wages.

4. In addition to performing roofing duties, a Kettleman's duties shall include the operation of all vehicles necessary to deliver the materials and equipment to the job, to heat all necessary materials which must be heated before use on the job, and to return the vehicles, equipment and materials of the Employer to the Employer's warehouse or shop. Any Employee who operates a Company vehicle shall be paid pursuant to paragraph 1 hereof, portal to portal, regardless of whether the crew works or is precluded from working for any reason.

## ARTICLE 12
## Wage Scale

1. Effective March 1, 2006, the wages for Foremen, Journeymen, Kettlemen, Apprentices and Pre-Apprentices shall be as follows:

See Table on Next Page

### Category

| | Base Wage | Health& Welfare Fund | Pension Sup | Pen Fund | App. Fund | IAF Fund | Total Fringes | Total Package |
|---|---|---|---|---|---|---|---|---|
| Foreman | $28.25 | $5.65 | $4.05 | $1.90 | $0.20 | $0.05 | $11.85 | $40.10 |
| Journeyman | $26.25 | $5.65 | $4.05 | $1.40 | $0.20 | $0.05 | $11.35 | $37.60 |
| Kettleman | $24.05 | $5.65 | $4.05 | $1.40 | $0.20 | $0.05 | $11.35 | $35.40 |
| 90% Apprentice | $23.63 | $5.65 | $3.24 | $1.40 | $0.20 | $0.05 | $10.54 | $34.17 |
| 80% Apprentice | $21.00 | $5.65 | $3.24 | $1.40 | $0.20 | $0.05 | $10.54 | $31.54 |
| 70% Apprentice | $18.38 | $5.65 | $3.24 | $1.40 | $0.20 | $0.05 | $10.54 | $28.92 |
| 60% Apprentice | $15.75 | $5.65 | $2.03 | $1.25 | $0.20 | $0.05 | $9.18 | $24.93 |
| 55% Pre-Apprentice | $14.44 | $2.25 | $2.03 | $1.25 | $0.20 | $0.05 | $5.78 | $20.22 |

Effective 12:01 A. M. March 1, 2007, the wages and/or benefits shall be increased One Dollar and Forty Cents ($1.40) per hour, with a minimum of Fifty Cents ($0.50) to fringes and the balance to be determined by the members.

Effective 12:01 A. M. March 1, 2008, the wages and/or benefits shall be increased One Dollar and Forty Cents ($1.40) per hour, with a minimum of Fifty Cents ($0.50) to fringes and the balance to be determined by the members.

Effective 12:01 A. M. March 1, 2009, the wages and/or benefits shall be increased One Dollar and Forty Cents ($1.40) per hour, with a minimum of Fifty Cents ($0.50) to fringes and the balance to be determined by the members.

Effective 12:01 A. M. March 1, 2010, the wages and/or benefits shall be increased One Dollar and Forty Cents ($1.40) per hour, with a minimum of Fifty Cents ($0.50) to fringes and the balance to be determined by the members.

2. During the term of this Agreement, Foremen shall receive Two Dollars ($2.00) per hour above the Journeyman wage scale, plus an additional Fifty Cents ($0.50) per hour contribution for each hour worked to the Supplemental Pension Plan.

## ARTICLE 13
## Crew Make-Up

1. At least one (1) Employee shall be sent out on all work or jobs located within the territory covered by this Agreement, except in such cases where safety of the Employee requires not less than two (2) Employees shall be sent out on such work. One Employee may be sent out to make repairs or patch, if a kettle is not required.

2. On all projects within the jurisdiction of this Local, when two (2) or more Employees are assigned to a job, at least one (1) shall be a member of Local No. 2, which member shall receive Foreman's wages as set out in Article 12 hereof.

In all cases where Employees are sent or are dispatched by Employer to supervise or perform work outside the territorial jurisdiction of the Union (as defined by its charter and the International), and said job site is within the territorial jurisdiction of any other sister local union of the Union herein, then, and in such event, the minimum hourly wage scale to be paid by the Employer to Employees dispatched outside of this jurisdiction

for such work shall be either the regular working hourly wage scale for similar work in such geographical area, or the regular hourly wage scale provided for in this Agreement, whichever is greater.

## ARTICLE 14
## Hours of Labor

The regular working day for each Employee shall be scheduled, weather permitting, to consist of at least eight (8) hours but no more than ten (10) consecutive hours, exclusive of the lunch period, unless otherwise provided for in this Agreement. Also, for the purposes of this Article it is understood that the entire crew shall remain in place on the project until all work is completed for that day unless weather or other emergency conditions dictate that a portion of the crew be sent home early. Said day shall be scheduled to commence at any time between the hours of 5:00 A.M. and 10:00 A.M.

Nothing herein shall preclude Employer's scheduling certain Employees to start work before the scheduled starting time for the following purposes only:

1. Sweeping water
2. Removing snow and ice
3. Cutting roof

Also, when weather or emergency conditions dictate, the regular working day may be scheduled to commence at any time outside the above hours without the requirement that the Employer pay the premium set out below provided that Roofer's Local No. 2 is notified in advance.

For the purpose of this Article, the words "emergency conditions" shall be limited to those situations in which personal injury or property damage may result if the work is not performed that day and if the "conditions" arise from, among other things, Acts of God, calamities, or the failure of parties unrelated to the Employer, to have met commitments for that day upon which the Employer was relying and which would have ordinarily permitted Employer to begin work for that day during the regular working hours. However, said "conditions" shall not include those situations where work cannot begin because of the breakdown or inoperability of machinery or equipment.

In the absence of inclement weather or emergency conditions, if Employees are scheduled to begin work at hours other than those set out above, whether or not another Employee had performed work previously on the same project on the day in question, they shall be paid a premium of One Dollar and Fifty cents ($1.50) per hour for all hours worked during that day.

If work is scheduled to commence at times other than between 5:00 A.M. and 10:00 A.M., the Employees who had worked on that project on the last previous work day shall have preference when work assignments are made.

The Employees have the right to have either a half hour(1/2) hour lunch period or a one (1) hour lunch period. The Employees shall go to lunch as a complete crew. If the Employees cannot agree as a complete crew to the timing of the lunch period to be taken, the Foreman on the job shall make the decision which shall be final and binding.

In addition, the Employees shall be entitled to a ten (10) minute paid break during the day. The Employees shall take the break as a complete crew. If the Employees cannot agree as a crew to the timing of the break, the Foreman on the job shall make the decision which shall be final and binding.

## ARTICLE 15
## Work Week

The work week shall commence on Sunday at 12:01 A. M. and shall continue through the following Saturday, inclusive, of each week.

## ARTICLE 16
## Holidays

The following days are recognized as Holidays: New Year's Day, Memorial Day, Fourth of July, Labor Day, Veteran's Day, (upon mutual agreement between Employer and Employees, and upon notification to the Union, the day following Thanksgiving may be substituted for Veteran's Day), Thanksgiving Day and Christmas Day, or in the event that any of said Holidays falls on Sunday, then the day or days generally recognized and observed as such.

Any work performed anywhere on any of the aforesaid Holidays, or on the day or days recognized and observed as such, shall be paid for at double-time the regular hourly rate.

## ARTICLE 17
## Overtime

1. Except as specifically provided in the following paragraphs 2 and 3 for Saturdays, Sundays and Holidays, all work performed by Employees any where in excess of forty (40) hours in one (1) work week, or in excess of ten (10) hours in one work day shall be paid at the

30

31

rate of one and one-half (1-1/2) times the regular hourly wage scale. Kettlemen who transport materials or equipment to and from the job site in Company owned vehicles who work in excess of twelve (12) hours in one work day, shall be paid at the rate of one and one-half (1-1/2) times the regular hourly wage scale for all hours worked in excess of said twelve (12) hours.

2. Any work performed on a Saturday shall be paid at the rate of one and one-half (1-1/2) times the regular hourly wage scale unless such Saturday work falls under the category of Saturday Make Up Day as defined in paragraphs A., B., C. and D. below.

    A.    For the purpose of calculating the forty (40) hours specified herein, all hours for which an Employee has been paid an overtime rate during the current work week will not be included in the calculation.

    B.    If, during the course of a work week, an Employee is unable to work for any reason, and, as a result, that Employee has not accumulated forty (40) hours of compensable time at the

straight-time rate, the Employer, at his option may offer to the Employee, and the Employee, at his option may accept or reject, the opportunity to work on Saturday at straight-time; provided, however, if during the period worked by said Employee on Saturday, the Employee's compensable time at the straight-time rate exceeds forty (40) hours, all time worked in excess of forty (40) hours will be paid at the rate of one and one-half (1-1/2) times the regular hourly wage scale.

    C.    Furthermore, should the Employee accumulate forty (40) hours of compensable time at the straight-time rate during the Saturday Make Up Day prior to conclusion of the work day, that Employee shall complete the work day unless said work day ends prematurely because of weather conditions, fire, accident, equipment breakdown or other unavoidable causes.

D. It is understood that the Employer is under no obligation to offer this opportunity to any one, and the Employee is under no obligation to accept this offer. The Saturday Make Up Day is to be considered voluntary and the Employer cannot require the Employee to work, and the Employee cannot require the Employer to offer him the opportunity to work, on said day.

3. Any work performed by Employees anywhere on Sunday or Holidays shall be paid at the rate of double-time the regular hourly wage scale.

## ARTICLE 18
## Minimum Pay

Any Employee reporting for work promptly on order shall be paid a minimum of two (2) hour's pay; provided that this guarantee of minimum pay shall not apply if the Employee is not able to work because of weather conditions, fire, accident, theft or other unavoidable cause. By "weather conditions", it is understood to include, but is not limited to, frozen roofs which are unworkable. The words "other unavoidable cause" as used in this Article shall not include those situations where an Employee is not permitted to work because of a breakdown or inoperability of machinery or equipment.

## ARTICLE 19
## Informing the Employer

If an Employee does not show up for work in his regular shop, then said Employee shall be subject to disciplinary action by the Employer, should said Employee fail to call his Employer beforehand.

## ARTICLE 20
## Payday

Wage payments shall be made by check(s) with all deductions, including fringe benefit contributions, shown on check stubs. When wage payments are made by check and the same is (are) not paid or honored by the bank upon which drawn for any reason, then all Employees covered by these Articles of Agreement shall immediately cease working for the Employer, notwithstanding any other provisions of these Articles of Agreement to the contrary.

Furthermore, in any such event: (1) such non-paid or dishonored check(s) shall be replaced within twenty-four (24) hours by the Employer by cash, money order or bank draft, and (2) such Employer shall furnish to the Union a bond in the sum of Ten Thousand Dollars ($10,000.00) issued by some surety company authorized to do business within the states of Missouri and Illinois, conditioned upon and guaranteeing the Employer's payment of all wage payments due such Employees when due and payable. Until the Employer complies fully with the provisions of (1) and (2) above, the Employees shall not return to work for the Employer, notwithstanding any other provision of these Articles to the contrary.

Payday shall be on or before Friday of each week and the payroll shall include all work performed during the preceding work week. Work week shall end at midnight Saturday prior to payday on Friday. Pay shall be available at the Employer's office by Friday morning for all Employees not dispatched to job sites. The Employer agrees to deliver all pay to job sites. Should Employer fail to deliver paychecks to the job site, the Foreman must appoint an individual to return to the shop to pick up the pay checks and return to the job site by the end of the work day. Should an Employer fail to deliver pay-

checks, or cause the Foreman to appoint someone to pick up and deliver the paychecks, and should Employees have to return to the Employer's office to pick up their paychecks, the Employee shall be compensated for the time to the Employer's office.

When Employees are discharged or laid off, the Employer shall mail a check to such Employees in full for all wages due them, on the next scheduled payday.

When an Employer intends to discharge or lay off an Employee, such Employer shall so notify such Employee the evening prior to the next regular day's work; if any Employer shall fail to give such notice at such time, the Employee shall have the right to presume that his services are wanted and required by such Employer beginning at starting time the following day, otherwise the Employee shall be entitled to the equivalent of two (2) hours at the regular rate of wages as compensation for such Employee's loss of opportunity of seeking employment elsewhere on such day.

If Employee is terminated by Employer subsequent to assignment to a project, the Employee is entitled to two (2) hours minimum pay for the day of the termination only.